AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 2:17-MJ-989 | Date and time warrant executed: <br> 05/05/2017   ≈0700 | Copy of warrant and inventory left with: <br> Will be served upon contact |

Inventory made in the presence of:
Senior Special Agent Breanne Iannazzo

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

The following categories of data were seized pursuant to the search warrant:
- 12 Calendar Events related to: Lodging, User Telephone Service (Indicia), Indicia of Ownership
- 66 ilages related to: Narcotics Conspiracy, Credit Card Fraud, Identity Theft, Wire Fraud, & Co-conspirator identification
- Call Log: Records of contact between subjects/telephone numbers associated to the various categories permitted by the Search Warrant
- 37 Contacts of subjects/numbers associated to the various categories permitted by the Search Warrant
- Text/Picture Messages of communications/images/subjects/numbers associated to the various categories permitted by the Search Warrant. NOTE: The actual images are recorded in the Images section above.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 07/25/2017

*Executing officer's signature*

Jeremy M. O'Hara, Senior Special Agent

*Printed name and title*

AUSA: M. Jenkins (213) 894-2091